NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZAFER CONSTRUCTION COMPANY, AKA ZAFER TAAHHUT INSAAT VE TICARET A.S.,**
*Appellant*

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**
*Appellee*

---

2017-2430

---

Appeal from the Armed Services Board of Contract Appeals in No. 56769, Administrative Judge J. Reid Prouty, Administrative Judge Reba Page, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

SAM GDANSKI, Gdanski & Gdanski LLP, Teaneck, NJ, argued for appellant.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2019          /s/ Peter R. Marksteiner
Date                                  Peter R. Marksteiner
                                         Clerk of Court